

# NUMBER 13-14-00124-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN THE INTEREST OF A.E. AND A.E., CHILDREN

---

**On appeal from the 135th District Court
of De Witt County, Texas.**

---

# ORDER TO FILE APPELLANT'S BRIEF

### Before Justices Garza, Benavides, and Perkes
### Order Per Curiam

This cause is before the Court on appellant's first unopposed motion for extension of time to file his brief. This Court, having fully examined and considered appellant's motion is of the opinion that, in the interest of justice, appellant's first motion for extension of time to file his brief should be granted with order. The Court, however, requires strict adherence to the briefing rules in appeals of parental termination cases, such as this appeal, and looks with disfavor upon the delay caused by such extension requests. *See* TEX. R. APP. P. 38.6; *see also id.* at R. 28.4.

Appellant's first motion for extension of time to file his brief is hereby GRANTED, and appellant is hereby ORDERED to file his appellate brief with this Court on or before **April 23, 2014**.  Further motions for extension of time will not be favorably entertained by this Court, absent extraordinary circumstances.

The Clerk of this Court is ORDERED to serve a copy of this order on appellant by certified mail, return receipt requested.

PER CURIAM

Delivered and filed the
17th day of April, 2014.